UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JASON RHODES,

Plaintiff,

v.

ARLINGTON POLICE DEPARTMENT, et al.,

Defendants.

CASE NO. C16-1968-RSL

REPORT AND RECOMMENDATION

Plaintiff, proceeding pro se in this civil matter, filed a motion to proceed *in forma pauperis* (IFP). (Dkt. 1.) His net monthly salary exceeds his monthly expenses by over $1,200.00 and he has $4,800.00 in a checking account. Because it appears plaintiff has the funds available to pay the filing fee, the Court recommends his motion to proceed IFP (Dkt. 1) be DENIED. This action should proceed only if plaintiff pays the $400.00 filing fee within **thirty (30) days** after entry of the Court's Order adopting this Report and Recommendation. If no filing fee is paid within thirty days of the Court's Order, the Clerk should close the file.

DEADLINE FOR OBJECTIONS

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit within **twenty-one (21) days** of the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect

your right to appeal. Objections should be noted for consideration on the District Judge's motions calendar for the third Friday after they are filed. Responses to objections may be filed within **fourteen (14) days** after service of objections. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **January 27, 2017**.

DATED this 3rd day of January, 2017.

Mary Alice Theiler
United States Magistrate Judge