UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JASON RHODES,

        Plaintiff,

v.

ARLINGTON POLICE DEPARTMENT, et al.,

        Defendant.

Case No. C16-1968RSL

ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING IN FORMA PAUPERIS REQUEST

The Court, having reviewed plaintiff's application to proceed *in forma pauperis* (IFP), the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Plaintiff's IFP application is DENIED. As plaintiff paid the full filing fee of $400 on January 9, 2017, plaintiff's case may proceed.

(3) The Clerk shall file the complaint;

(4) The Clerk is directed to send copies of this Order to plaintiff and to the Honorable Mary Alice Theiler.

ORDER ADOPTING REPORT AND RECOMMENDATION
AND DENYING IN FORMA PAUPERIS REQUEST - 1

1

2   DATED this 10th day of January, 2017.

3

4                              _____
                               Robert S. Lasnik
5                              United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  ORDER ADOPTING REPORT AND RECOMMENDATION
    AND DENYING IN FORMA PAUPERIS REQUEST - 2