UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JASON RHODES, an individual, ) | Case No.: 16-CV-1968-RSL |
| ) | |
| Plaintiff, ) | ORDER STAYING DISCOVERY |
| vs. ) | |
| ) | |
| ARLINGTON POLICE DEPARTMENT, ) | |
| CITY OF ARLINGTON, and JONATHAN ) | |
| VENTURA, an individual, BARBARA ) | |
| TOLBERT, and John Doe, ARLINGTON ) | |
| POLICE OFFIERS' ASSOCIATION, ) | |
| ) | |
| Defendants. ) | |

This matter having come on before the undersigned judge in the above captioned case, and the parties having stipulated to an order staying discovery, it is hereby ORDERED that the deadline for initial disclosures and other discovery is moved to April 21, 2017.

Dated this 28th day of March, 2017.

_____
Robert S. Lasnik
United States District Judge

1  *Presented by:*

2  ROCKE | LAW Group, PLLC            BAILEY, DUSKIN & PEIFFLE, P.S.

3  s/ Aaron V. Rocke                  s/ Steven J. Peiffle, signed with
   Aaron V. Rocke, WSBA #31525        permission via email
4  Peter Montine, WSBA #49815         Steven J. Peiffle, WSBA#14704
   Rocke Law Group                    103 North Street
5  101 Yesler Way, Suite 603          P.O. Box 188
   Seattle, WA 98104                  Arlington, WA 98223
6  aaron@rockelaw.com                 steve@snolaw.com
   peter@rockelaw.com                 Phone: (360)435-2168
7  (206) 652-8670                     Attorney for Defendants Arlington Police
   Attorneys for Plaintiff            Dept., City of Arlington, Jonathan Ventura,
8                                     and Barbara Tolbert
   EMMAL SKALBANIA & VINNEDGE
9                                     KEATING, BUCKLIN & MCCORMACK,
                                      INC., P.S.
10 Patrick A. Emmal, WSBA# 24381
   3600 15th Ave W, Suite 201         s/ Shannon M. Ragonesi, signed
11 Seattle, WA 98119-1330             with permission via email
   patrick.emmal@gmail.com            Shannon M. Ragonesi, WSBA #31951
12 Phone: (206) 281-1770              Attorney for Defendants Arlington Police
   Attorney for Defendant Arlington Police   Dept., City of Arlington, Jonathan Ventura
13 Officers' Association              and Barbara Tolbert
                                      800 Fifth Avenue, Suite 4141
14                                    Seattle, WA 98104-3175
                                      sragonesi@kbmlawyers.com
15                                    Phone: (206) 623-8861

16

17

18

19

20

21

22

23

24