# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# SEATTLE

| | |
|---|---|
| JASON RHODES, an individual, | Case No.: 16-CV-01968-RSL |
| Plaintiff, | **ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL** |
| v. | |
| ARLINGTON POLICE DEPARTMENT, CITY OF ARLINGTON, and JONATHAN VENTURA, an individual, BARBARA TOLBERT, and John Doe, ARLINGTON POLICE OFFICERS' ASSOCIATION, | |
| Defendants. | |

This matter, having come before the undersigned judge in the above captioned case, and the parties having stipulated to an Order of Withdrawal and Substitution, the Court hereby orders that Patrick Emmal of EMMAL SKALBANIA & VINNEDGE be permitted to withdraw as counsel of record, and Tristan N. Swanson of Ashbaugh Beal may appear as substitute counsel of record for Defendant Arlington Police Officers' Association. The Court's ECF system shall be update to reflect these changes.

IT IS HEREBY ORDERED.

ORDER FOR WITHDRAWAL
AND SUBSTITUTION OF COUNSEL
Case No.: 16-CV-1968RSL

1

EMMAL SKALBANIA & VINNEDGE
3600 15TH Avenue W., Suite 201
Seattle, WA 98119-1330
206.281.1770 office  206.281.1772 fax

DATED this 3rd day of August, 2017.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER FOR WITHDRAWAL
AND SUBSTITUTION OF COUNSEL
Case No.: 16-CV-1968RSL

2

EMMAL SKALBANIA & VINNEDGE
3600 15TH Avenue W., Suite 201
Seattle, WA 98119-1330
206.281.1770 office  206.281.1772 fax

# GENERAL ORDER ATTESTATIONS

I, Patrick A. Emmal, am the ECF users whose ID and password are being used to file EMMAL SKALBANIA & VINNEDGE'S STIPULATED MOTION AND (PROPOSED) ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL. In compliance with General Order 45.X.B., I hereby Richard H. Skalbania have concurred in this filing.

By: *s/ Patrick A. Emmal*
Patrick A. Emmal, WSBA# 24381

ORDER FOR WITHDRAWAL
AND SUBSTITUTION OF COUNSEL
Case No.: 16-CV-1968RSL

3

EMMAL SKALBANIA & VINNEDGE
3600 15TH Avenue W., Suite 201
Seattle, WA 98119-1330
206.281.1770 office  206.281.1772 fax